

# THE THIRTEENTH COURT OF APPEALS

---

13-22-00005-CV

---

ELIAZAR COSTILLA, INDIVIDUALLY AND AS THE REPRESENTATIVE OF THE
ESTATE OF KRISTY RENEE COSTILLA, DECEASED, AND AS NEXT FRIEND OF
A.J.C. AND C.K.C, MINORS; MELINDA RODRIGUEZ LEAL AND CAMILO TREVINO
v.
ATIYA DHALA, M.D.

---

On Appeal from the
197th District Court of Cameron County, Texas
Trial Court Cause No. 2022-DCL-00053-C

---

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part and reversed in part, and the case should be remanded to the trial court. The Court orders the judgment of the trial court AFFIRMED IN PART and REVERSED IN PART, and the case is REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

November 2, 2023